UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Bill Murray,

    Plaintiff,

    v.

Commissioner of Social Security,

    Defendant.

Case No. 2:20-cv-4488

Judge Michael Watson

Magistrate Judge Jolson

## ORDER

On November 18, 2021, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") in this case recommending the Court overrule Plaintiff's Statement of Specific Errors and affirm the Commissioner of Social Security's decision in this case. R&R, ECF No. 21.

The R&R advised the parties of their right to object to the same and specifically warned the parties that a failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned and the right to appeal the Undersigned's adoption of the R&R. *Id.* at 15.

The deadline for objections has passed, and none were filed. Accordingly, without further review, the Undersigned **ADOPTS** the R&R, **OVERRULES** Plaintiff's Statement of Errors, and **AFFIRMS** the Commissioner's decision. The Clerk shall enter judgment for Defendant and terminate this case.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT